HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ANDRAS FARKAS, CA Bar #254302
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JON PAUL A. SALVADOR

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12-MJ-0161 BAM |
| Plaintiff, | **JOINT** MOTION TO TERMINATE PROBATION PURSUANT TO 18 U.S.C. § 3564(c) and  ORDER |
| v. | |
| JON PAUL A. SALVADOR, | |
| Defendant. | |

The parties by and between the parties hereto, through their respective counsel, Brian A. Fogerty, Special Assistant United States Attorney, counsel for plaintiff, and Andras Farkas, Assistant Federal Defender, counsel for Defendant Jon Paul Salvador hereby move pursuant to 18 U.S.C. § 3564(c) to terminate early the Defendant's probation because the Defendant has satisfied all conditions of probation.  Presently, the Defendant's probation was set to expire on September 18, 2014.

The Defendant was sentenced by this court on August 30, 2012 to *24 months of probation unsupervised with the following conditions: pay a $600 fine, a $10 special assessment, perform 60 hours of community service, complete the First-Time Offenders DUI program, and obey all laws.*

The Defendant and the parties hereto stipulate that the Defendant has completed all his sentencing obligations, paid his fine, completed the court-ordered community service, completed

1

the DUI program, and has obeyed all laws, therefore the parties request termination of the Defendant's probation at this time.

The Defendant has a review hearing presently set for September 18, 2014 at 10:00 a.m., in Courtroom No. 6.  The parties also move that the review hearing date should be vacated if the motion is granted.

WHEREFORE, the Defendant and the parties hereto request that the Defendant's term of probation be early terminated pursuant to 18 U.S.C. § 3564(c).

DATED: September 11, 2014                    /s/  *Andras Farkas*
                                             ANDRAS FARKAS
                                             Assistant Federal Defender


DATED: September 11, 2014                    /s/   *Brian A. Fogerty*
                                             BRIAN A. FOGERTY
                                             Special Assistant U.S. Attorney

## ORDER

Pursuant to the Defendant's joint motion of the parties to terminate early the Defendant's term of probation, the Court has considered the factors under 18 U.S.C. § 3553(a) to the extent applicable and is satisfied that such action is warranted by the conduct of the Defendant and that the termination is in the interest of justice and hereby discharges the Defendant from his probationary term under 18 U.S.C. § 3564(c).  The review hearing presently scheduled for September 18, 2014, at 10:00 a.m., in Courtroom 9 is hereby vacated and, if applicable, any other dates are also vacated.

IT IS SO ORDERED.

Dated:   **September 11, 2014**                    _____
                                                   UNITED STATES MAGISTRATE JUDGE

2